NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YEDA RESEARCH AND DEVELOPMENT CO., LTD.,**
*Appellant,*

v.

**ABBOTT GMBH & CO. KG,**
*Appellee.*

---

2010-1517
(Interference No. 103,625)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Upon consideration of the notice of election filed by Abbott GmbH & Co. KG pursuant to 35 U.S.C. § 141,

IT IS ORDERED THAT:

This appeal is dismissed. *See* 35 U.S.C. § 141.

FOR THE COURT

SEP 2 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James R. Ferguson, Esq.
Roger L. Browdy, Esq.

s17



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 0 2010

JAN HORBALY
CLERK